

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ARDESHIR PARVIZ-KHYAVI, | § | No. 08-15-00304-CV |
| Appellant, | § | Appeal from |
| v. | § | 429th District Court |
| ELHAM SHOJAEE-ABOLVARDI, | § | of Collin County, Texas |
| Appellee. | § | (TC # 429-55587-2014) |
|  | § |  |

## MEMORANDUM OPINION

Pending before the Court is an agreed motion to "grant Appellant's appeal" and remand the case to the trial court in order that the parties' agreement can be finalized. We have construed the motion as requesting that we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties agreements as permitted by TEX.R.APP.P. 42.1(a)(2)(B). The motion is granted. Accordingly, we set aside the trial court's judgment and remand the case to the trial court for further proceedings in accordance with the parties' agreement.

August 17, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.